IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDIGENOUS PEOPLE OF BIAFRA, a United Kingdom registered Community Interest Company,<br><br>    *Plaintiff*,<br><br>v.<br><br>ANTONY BLINKEN, Secretary of State, in his official capacity, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-2068 (ABJ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Kristin A. Taylor of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance on behalf of Defendants in the above-captioned case.[1]

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

 /s/ *Kristin Taylor*
KRISTIN A. TAYLOR
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005

---

[1] Pursuant to Federal Rule of Civil Procedure 4(i)(1)-(2), Plaintiffs are required to complete service upon the U.S. Attorney's Office for the District of Columbia, the Attorney General of the United States, and the agency defendants. Defendants reserve their right to object if service is not properly effectuated on all necessary entities.

                                        (202) 353-0533 (direct)
                                        (202) 616-8470
                                        kristin.a.taylor@usdoj.gov

                                        *Counsel for Defendants*

DATED: August 23, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

                                       */s/ Kristin Taylor*
                                       Kristin Taylor
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L St. NW
                                       Washington, DC 20005
                                       (202) 353-0533 (direct)
                                       (202) 616-8470
                                       kristin.a.taylor@usdoj.gov