AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21cv2068

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Tony Blinken, Secretary of State, U.S. State Department</u> was received by me on *(date)* <u>Aug 4, 2021, 3:35 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Portia L</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Tony Blinken, Secretary of State, U.S. State Department</u> on *(date)* <u>Wed, Aug 11 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/17/2021

_____
*Server's signature*

Marquis Harris
_____
*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Aug 10, 2021, 12:49 pm EDT at 2201 C St NW, Washington, DC 20540
Was told that i can not serve at this address I was told by officer Perez that service needs to be directed to 600 19th St NW, north lobby .

2) Successful Attempt: Aug 11, 2021, 12:30 pm EDT at 600 19th St NW North Lobby, Washington, DC 20520 received by Portia L. Age: 50s; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'5"; Hair: Gray; Relationship: Administrative Assistant;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY Secretary of Defense Lloyd AND INJUNCTIVE RELIEF