28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:21-cv-2068

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney, District of Columbia, Channing D. Phillips was received by me on *(date)* Aug 4, 2021, 3:35 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alicia Dupree , who is designated by law to accept service of process on behalf of *(name of organization)* United States Attorney, District of Columbia, Channing D. Phillips on *(date)* Wed, Aug 18 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 08/18/2021

*Server's signature*

Marquis Harris

*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Aug 10, 2021, 1:13 pm EDT at 501 3rd St NW, Washington, DC 20530
After checked the documents, this location does not accept 1400 defense is where they were directed.

2) Successful Attempt: Aug 18, 2021, 2:54 pm EDT at 501 3rd St NW, Washington, DC 20530 received by Alicia Dupree . Age: 30; Ethnicity: African American; Gender: Female; Weight: 180 lbs; Height: 5'5"; Hair: Brown; Relationship: Paralegal Specialist ;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY Secretary of Defense Lloyd AND INJUNCTIVE RELIEF