UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDIGENOUS PEOPLE OF BIAFRA,<br><br>           Plaintiff,<br><br>   v.<br><br>ANTONY BLINKEN, Secretary of State, and LLOYD AUSTIN, III, Secretary of Defense, in their official capacities.<br><br>           Defendants. | Civil Action No. 21-2068 (JMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 11, is **GRANTED**. This is a final, appealable order.

**SO ORDERED**.

DATE: October 31, 2022

                                                                                                                  _____
                                                                                                                  Jia M. Cobb
                                                                                                                   U.S. District Court Judge